UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| TINA A. ENDICOTT, et al. ) | |
| ) | |
| v. ) | CIVIL NO. 2:18-cv-00331-JDL |
| ) | |
| GEORGE MARCUS, et al. ) | |

<u>AMENDED ORDER OF DISMISSAL</u>

This action having been reported settled by counsel on November 21, 2019, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

FOR THE COURT

CHRISTA K. BERRY
CLERK

By:  /s/ Amy Rydzewski
Deputy Clerk

Dated this 30th day of December, 2019.